UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 22-173 |
| DAVID THOMPSON | * | SECTION "M" |

## MOTION TO SUPPRESS

David Thompson, through undersigned counsel, respectfully requests that this Honorable Court suppress all evidence and statements obtained during and as a result of the July 7, 2022, traffic stop on his vehicle. As discussed in the attached memorandum, law enforcement did not have reasonable suspicion to initiate the traffic stop. Accordingly, the officers violated Mr. Thompson's Fourth Amendment right to be free from unreasonable searches and seizures, mandating suppression of all evidence derived from that stop.

Respectfully submitted, this 13th day of March, 2023.

CLAUDE J. KELLY
Federal Public Defender

*/s/ Samantha Kuhn*
SAMANTHA J. KUHN
Assistant Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
samantha_kuhn@fd.org
Bar No. TX 24083333

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: David Haller, Assistant United States Attorney, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                              */s/ Samantha Kuhn*
                                              SAMANTHA J. KUHN
                                              Assistant Federal Public Defender