| NEW ORLEANS POLICE DEPARTMENT – GIST SHEET | PAGE 1 OF 1 | ITEM NUMBER G-06851-22 |
|---|---|---|

I, Lawrence Williams, EMPLOYED BY THE **LOUISIANA STATE POLICE**, AFTER BEING SWORN STATE:

( David Thompson ) ARRESTED SUBJECT ( Black ) RACE ( Male ) SEX ( 08/31/1966 ) D.O.B.

RESIDING AT, 2214 Desire St, New Orleans LA WAS ARRESTED AND CHARGED AS STATED ABOVE.

SWORN TO AND SUSCRIBED BEFORE ME THIS 7 DAY OF July 2022

AT NEW ORLEANS, LOUISIANA.

AFFIANT                             SUPERVISOR

**S LRS 14:95-Illegal Carrying of Weapons**
**LRS 14:95.1 – Illegal Possession of a Firearm by a convicted felon**

On July 7, 2022 Troopers Williams and Dowdle were on patrol on Elysian Fields and N. Galvez. NOPD Detective Cockerham while manning the RTCC building, observed a black male with dreadlocks clad in white pants, white shirt, and gray shoes conceal a firearm in his pocket. The subject was exiting Richard's Food store, at the corner of Allen and N. Rocheblave St.

Det. Cockerham advised the subject entered a silver Hyundai Elantra and began to travel on Allen St toward N. Galvez. The vehicle then turned left onto N. Galvez crossing over Elysian Fields. Troopers Williams and Dowdle observed the vehicle crossing over Elysian Fields. Trooper Williams activated his overhead lights in his fully marked State Police Unit. The vehicle came to stop in front of 2250 N. Galvez. The driver, identified as David Thompson was ordered out of the vehicle, and detained by TFC. Williams and Sgt. Dixon. Thompson was advised of his Miranda rights by Trooper Webster. Thompson admitted to ingesting marijuana while driving his vehicle to TFC. Crockett.

Based on Thompson willingly admitting to ingesting marijuana and Troopers detecting the odor of marijuana emitting from the vehicle, a search of the vehicle was conducted. Troopers located a small piece a burnt cigar with green vegetable like matter in the vehicle. A continued search of the vehicle revealed a black CZ model p-10 handgun in the center console of the vehicle. The firearm bearing s/n C187427 was run through NCIC which yielded negative results.

A criminal history check of Thompson revealed prior felony convictions. Thompson had been convicted of 14:95.1 (possession of a firearm by a convicted felon) on 11/28/2017.

Thompson admitted to Detective Theriot that the gun was his and he had purchased the gun for protection. Thompson was transported to CLU and booked accordingly

**JUVENILE CUSTODIAL RELEASE FORM**

I, _____ NAME(PRINT) _____ ADDRESS (PRINT) _____ (DATE/TIME) _____ RELATIONSHIP

HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR JUVENILE DIVISION, WHEN NOTIFIED.

SIGNATURE _____
RELEASED BY (PRINT)        CUSTODIAN

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | CAR / UNIT # |
|---|---|---|---|---|
| Tpr Nicholas Dowdle | 2803 | | | B-31 |

Exhibit A