UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 22-173 |
| DAVID THOMPSON | * | SECTION "M" |

## NOTICE OF HEARING

TO: Mr. David Haller
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130

Please take notice that the undersigned will bring the attached Motion To Suppress Evidence for hearing before Judge Barry W. Ashe, United States District Judge, 500 Poydras Street, Room C351, New Orleans, Louisiana, at 1:30 P.M. on April 13, 2023.

Respectfully submitted this 13th day of March, 2023.

CLAUDE J. KELLY
Federal Public Defender

*/s/ Samantha Kuhn*
SAMANTHA J. KUHN
Assistant Federal Public Defender
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar No. TX 2408333
Email: samantha_kuhn@fd.org